CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

AUG 13 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA :
:
v. : Case No. 1:19CR00037
:
: Violations: 18 U.S.C. §§ 1001, 1071
VICKIE DARLENE DYE :
RHONDA ANN BEACH :

# INDICTMENT

## COUNT ONE

The Grand Jury charges that:

1. On or about December 25, 2018 through on or about April 15, 2019, in the Western District of Virginia, VICKIE DARLENE DYE harbored and concealed Brandon Whitt, a person for whose arrest a warrant and process had been issued under the provisions of a law of the United States, so as to prevent the discovery and arrest of Whitt, after notice and knowledge of the fact that a warrant and process had been issued for Whitt's apprehension, and which warrant and process had been issued on a felony charge.

2. All in violation of Title 18, United States Code, Section 1071.

## COUNT TWO

The Grand Jury charges that:

1. On or about April 2, 2019, in the Western District of Virginia, RHONDA ANN BEACH willfully and knowingly made a materially false, fictitious, and fraudulent statement and representation, all in a matter within the jurisdiction of the executive branch of the Government of the United States, by orally stating and representing she had not spoken to Brandon Whitt. The

statement and representation was false because, as BEACH then and there knew, she had spoken to Brandon Whitt.

2. All in violation of Title 18, United States Code, Section 1001(a)(2).

### COUNT THREE

The Grand Jury charges that:

1. On or about April 2, 2019, in the Western District of Virginia, RHONDA ANN BEACH willfully and knowingly made a false writing and document knowing the same to contain a materially false, fictitious, and fraudulent statement and entry, all in a matter within the jurisdiction of the executive branch of the Government of the United States, by affirming in writing that she had not spoken to or seen Brandon Whitt since the fall of 2018. The statement and entry was false because, as BEACH then and there knew, she had spoken to and had seen Brandon Whitt since the fall of 2018.

2. All in violation of Title 18, United States Code, Section 1001(a)(3).

A TRUE BILL, this 13 day of Aug., 2019.

/s/ Grand Jury Foreperson

Thomas T. Cullen by SCJ
THOMAS T. CULLEN
United States Attorney